IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| JEREMY LAYMAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. |
| CITY OF PEORIA, ILLINOIS | ) |
| Defendant. | ) |

## COMPLAINT FOR DECLARATORY JUDGMENT

PLAINTIFF alleges:

### JURISDICTION

1. This action arises under 28 U.S.C. §2201 and Civil Rule of Procedure 57.

2. This Court has jurisdiction under 28 U.S.C. §2201.

### PARTIES

3. Plaintiff was formerly employed as a police officer at the Peoria, Illinois Police Department, and he is a resident of the County of Peoria, State of Illinois, and a citizen of the United States.

4. Defendant is an Illinois municipality, and was the Plaintiff's former employer.

### STATEMENT OF CLAIM/CONTROVERSY

5. Defendant terminated Plaintiff's employment because of statements made on Facebook while Plaintiff was not performing work for the Defendant.

6.     More specifically, Defendant terminated Plaintiff's employment because of several messages he sent to an individual who later posted those messages on the Black Justice Project Facebook page.

7.     The Plaintiff did not post anything on the Black Justice Project Facebook page.

8.     The Defendant terminated Plaintiff's employment because it believed that none of the following six messages constituted protected speech under the First Amendment:

   a.    "Those in those communities need to stop killing each other, stop stealing from everyone who are trying to help them and stop using and selling drugs.  They have no family base thanks to planned parenthood, no guidance since they have no fathers and no path since schools since they accepted common core and discontinued all shop classes that teach skilled labor.  We are in this place because idiots voted for it.  If you kept voting for democrats and expected something different, you are the problem."

   b.    "It's not a race issue.  It's a crime issue.  Unless you are an advocate for criminals."

   c.    "Because I deal with it and keep it out of your face.  If I disappear, you will have to deal with it.  And I hope you're armed if that day ever happens."

   d.    "I've taken the reports.  It's the thefts.  The store just happens to be more accessible to the thieves location.  One on Wisconsin has a habitual theft that will steal every bit of baby formula when they get it in stock.  Goes in every week and steals up to 3 cart loads and leaves.  Usually before loss prevention officers are working."

   e.    "thank you."

   f.    "You have no clue how business's work?  If the people will not work and steal, there is no profit and no reason to invest.  The people who live in the south end

have created this. They own it. Business's are there to make money. If they have more stolen from them, they will not stay. You want business's to stay on the south end. Quit creating a society of entitled thieves."

9. Plaintiff asserts that all of the statements appearing in paragraph 8 above, with the possible exception of paragraph 8d, contain speech protected by the First Amendment, applicable to the City of Peoria via the Fourteenth Amendment.

10. Whether or not Plaintiff's termination will withstand review is yet to be determined by a labor arbitrator selected by the parties.

11. Plaintiff seeks a declaration of whether or not his statements set forth at paragraph 8 above are protected by the First Amendment to the United States Constitution.

## RELIEF REQUESTED

Plaintiff requests:

A. That this Honorable Court allow this matter proceed to a declaration of the Plaintiff's rights and protections under the First Amendment to make these statements as a private citizen employed as a police officer;

B. That this Honorable Court find and declare that some, most or all of the Plaintiff's speech set forth at paragraph 8 above was free speech protected by the First Amendment; and

C. Enter such other further relief to which Plaintiff may be entitled as this Honorable Court deems just and proper under the circumstances.

    Respectfully submitted,

    JEREMY LAYMAN, Plaintiff,

    BY:  /s/ Shane Voyles
    _____
    Shane Voyles  IL ARDC #6279482

Shane Voyles
PBLC
840 S. Spring St., 1st Floor
Springfield, IL  62704
(217) 523-5141 xt. 202; (217) 523-7677 (fax)
svoyles@pbpa.org

**Proof of Service**

I hereby certify that on the 20th of July, 2018 I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system.

/s/ Shane Voyles
_____

Shane M. Voyles, ARDC #6279482
PBLC
840 South Spring, 1st Floor
Springfield, IL  62704
svoyles@pbpa.org
Dated:  July 20, 2018